In the Matter of the Claim of EUGENIE GLATZL, etc., Respondent, for Compensation Arising Out of the Death of FRANK GLATZL, Deceased, and STATE INDUSTRIAL COMMISSION, Respondent, v. G. E. M. STUMPP, Employer, and the STANDARD ACCIDENT INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of LOUIS CARBONE, Respondent, for Compensation to Himself under the Workmen's Compensation Law, v. GEORGE W. LOFT, Employer, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Lyon and Woodward, JJ., who dissented.

In the Matter of the Application of the CITY OF NEW YORK, Appellant, for a Peremptory Writ of Mandamus Directed to EDWARD SCHOENECK and Others, Commissioners of the Land Office, and Others, Respondents.— Order unanimously affirmed, with costs.

In the Matter of the Application of CHARLES EDKINS, Appellant, for a Writ of Mandamus against W. W. WOTHERSPOON, as Superintendent of Public Works of the State of New York, Respondent.— Order amended so as to read as follows: Ordered, that the order so appealed from be and the same hereby is unanimously affirmed, with ten dollars costs and disbursements. This order is affirmed as a matter of law and not in the exercise of discretion.

In the Matter of the Judicial Settlement of the Accounts of BOYD McDOWELL and Others, as Executors, etc., of ROBERT M. McDOWELL, Deceased.— Motion denied.

In the Matter of the Claim of ROBERT LYON, Respondent, v. ROSE WINDSOR and ROBERT DAVIS, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.— Motion granted.

In the Matter of the Claim of HELENA MEYER, Respondent, for Compensation for Herself for the Death of Her Husband, CHRISTOPHER OTTO MEYER, under the Workmen's Compensation Law, v. MORRIS & COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants. — Motion denied.

BENJAMIN K. NORTHRUP, Respondent, v. CHARLES H. BERMAN, Appellant.— Judgment and order unanimously affirmed, with costs.

OSCAR J. PERRIN, Respondent, v. FREDERICK F. PROCTOR, Appellant. — Judgment and order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE UTICA SUNDAY TRIBUNE COMPANY, Appellant, v. FRANCIS M. HUGO, as Secretary of State, etc., and GARRY A. WILLARD, Respondents.—Order affirmed, with fifty dollars costs and disbursements, on the opinion of Chester, J., at Special Term. (Reported in 93 Misc. Rep. 618.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MIERZCZERSKI, Appellant.— Judgment of conviction unanimously affirmed.

THOMAS REILLY, Respondent, v. LOUIS TAMER, Appellant. — Judgment and order unanimously affirmed, with costs.